# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Reginald Edmundson                            Docket No. 5:99-CR-57-1H

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Reginald Edmundson, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with the Intent to Distribute Cocaine and Cocaine Base (Crack), in violation of 21 U.S.C. §§ 846 and 841(a)(1), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on October 19, 1999, to the custody of the Bureau of Prisons for a term of 262 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

On November 14, 2000, the defendant's judgment was amended, pursuant to a Rule 35(b) motion by the government, reducing the defendant's period of imprisonment from 262 months to 132 months. All other aspects of the original judgment remained the same.

Reginald Edmundson was released from custody on January 30, 2009, at which time the term of supervised release commenced.

On August 18, 2009, the court was notified the defendant had been arrested and charged with Assault on a Female and Interfering with Emergency Communication on August 13, 2009. The defendant denied the charges, and it was recommended no action be taken pending a disposition in state court. The charges were dismissed on January 11, 2010.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Reginald Edmundson
Docket No. 5:99-CR-57-1H
Petition For Action
Page 2

On August 6, 2010, the defendant was arrested and charged with Assault on a Female for an incident that took place between the defendant and the victim on July 29, 2010. According to the defendant, he and his niece, Chawana Hackney, became involved in a verbal dispute, which turned physical only after the victim attacked the defendant. Mr. Edmundson stated he merely pushed the victim off of him, and she apparently sustained a scratch to the side of her face. Following the altercation, Mr. Edmundson stated he left the residence for the night so he could distance himself from the situation. He stated that the police contacted him via his cell phone and asked him to return to the residence, but he refused to return to the residence that night. He was eventually arrested on August 6, 2010. Additionally, the defendant failed to notify the probation officer within seventy-two hours of being arrested or questioned by law enforcement.

Although the defendant denies the assault charge against him, there are concerns that domestic violence issues exist in Mr. Edmundson's life, in addition to his failures to report contact with law enforcment. In an effort to assist Mr. Edmundson with finding better solutions for the choices he makes, we are recommending the defendant participate in an approved program for domestic violence, as well as 24 hours of community service work, as directed by the probation office. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service work as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall participate in an approved program for domestic violence.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Jeffrey L. Keller | /s/Scott Plaster |
| Jeffrey L. Keller | Scott Plaster |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: (919) 861-8660 |
| | Executed On: August 16, 2010 |

Reginald Edmundson
Docket No. 5:99-CR-57-1H
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this 23rd day of Aug, 2010, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge